**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1874**

---

SHEILA M. UNDERWOOD,

Plaintiff - Appellant,

versus

THE POSTMASTER GENERAL OF THE UNITED STATES;
AMERICAN POSTAL WORKERS UNION, AFL-CIO,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior Dis-
trict Judge.  (CA-92-2045-3-10BD)

---

Submitted:  January 9, 1997          Decided:  January 16, 1997

---

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sheila M. Underwood, Appellant Pro Se.  Terri Hearn Bailey, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina; Brian
Michael Reimer, UNITED STATES POSTAL SERVICE, Washington, D.C.;
Susan Lynne Catler, O'DONNELL, SCHWARTZ & ANDERSON, Washington,
D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sheila M. Underwood appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion to vacate a 1994 decision. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Underwood v. Postmaster General</u>, No. CA-92-2045-3-10BD (D.S.C. June 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2